IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JOHN ANDREW WOODS, II, SPECIAL
ADMINISTRATOR OF THE ESTATE OF
JOHN ANDREW WOODS, III                                    PLAINTIFF

        v.              Civil No. 10-2008

DAVID HUDSON, *et al.*                                     DEFENDANTS

## O R D E R

Now on this 24th day of March, 2010, there comes on for consideration, Plaintiff's Unopposed Motion to Correct Misjoinder/Nonjoinder of Parties (Doc. 15) and the parties' Joint Motion for Mediation (Doc. 16). The Court, being well and sufficiently advised in the premises, finds that the Motions should be and hereby are GRANTED. Accordingly, Hunter Bonar is substituted for Cad Hunter, as a defendant in his individual capacity and his official capacity as a Member of the Fort Smith Police Department. Further, John Layne is substituted for John Doe 1, as a defendant in his individual capacity and his official capacity as a Member of the Fort Smith Police Department. Finally, a mediation will be scheduled by United States Magistrate Judge James R. Marschewski.

IT IS SO ORDERED this 24th day of March 2010.


                                    /s/ Robert T. Dawson
                                    Honorable Robert T. Dawson
                                    United States District Judge