IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JOHN ANDREW WOODS, II;
SPECIAL ADMINISTRATOR OF
THE ESTATE OF JOHN ANDREW
WOODS, III                                                              PLAINTIFF

V.                          CIVIL NO. 10-2008

DAVID HUDSON, *et al.*                                                 DEFENDANTS

## O R D E R

NOW on this 7th day of June, 2010, comes on for consideration the Joint Motion to Dismiss (doc. 24) filed by the parties.

IT APPEARING to the court that the matter has been settled, counsel for all parties having so advised the court, it is ORDERED that the motion be GRANTED and the case dismissed with prejudice, subject to the terms of the settlement agreement.

If any party desires to make the terms of settlement a part of the record herein, those terms should be reduced to writing and filed with the court within thirty (30) days from the file date of this order.

The court retains jurisdiction to vacate this order and to reopen the action upon cause shown that settlement has not been completed and that a party wishes this court to enforce the settlement agreement specifically.

/s/ Robert T. Dawson
**HONORABLE ROBERT T. DAWSON**
**UNITED STATES DISTRICT JUDGE**